UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:12-CR-104 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| FAITH BLAKE | ) |

## **O R D E R**

On December 12, 2014, Defendant moved for a psychiatric examination (Court File No. 464). United States Magistrate Judge William B. Carter granted Defendant's motion and ordered a mental health evaluation (Court File No. 499). The findings of the sealed forensic report show Defendant is currently competent to stand trial in this case (Court File No. 608). At a hearing the magistrate judge held on the matter, the psychiatric expert opined that Defendant was also competent at the time she entered her guilty plea.

Based upon this information, the Magistrate Judge submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial in this case and that she was competent at the time of the entry of her guilty plea (Court File No. 635). Neither party filed an objection within fourteen days. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Court File No. 635), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial in this case and was competent at the time she entered her guilty plea.

**SO ORDERED.**

**ENTER:**

/s/ _____

**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2