Name Keith Blake
Reg. No. 73653279
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

To be docketed in:
1:12-cr-104

NAME
1ST NOTICE 7-15
2ND NOTICE 7-20
RETURN 7-30

Judge Collier
Court Clerk
900 Georgia Ave #309
Chattanooga, TN. 37402

NOYi fd
7/15

7019 1640 0002 0248 7827